

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RICHARD LEE SHERMAN, | § | No. 08-13-00105-CR |
| Appellant, | § | Appeal from the |
| v. | § | 271st District Court |
| THE STATE OF TEXAS, | § | of Wise County, Texas |
| State. | § | (TC# CR16082) |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **June 5, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. David L. Richards, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **June 5, 2014.**

IT IS SO ORDERED this 21st day of May, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.